**Ricky Donnell NELSON,**
**Plaintiff—Appellant,**

v.

**Larry K. HAMILTON; Tod Runyon; Valerie Carter; Officer Small; Lieutenant Wetherhead; Lieutenant Randle; Lieutenant Challoughlczise; Mary Jane Viveros; William Danford, Defendants—Appellees.**

No. 05–6333.

United States Court of Appeals, Fourth Circuit.

Submitted: July 13, 2005.

Decided: Aug. 2, 2005.

Ricky Donnell Nelson, Appellant Pro Se. Jeff Wayne Rosen, Pender & Coward, P.C., Virginia Beach, Virginia, for Appellees.

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ricky Donnell Nelson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nelson v. Hamilton,* No. CA–03–741–2 (E.D.Va. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*